IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RASHANE JONES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4129

Opinion filed April 12, 2016.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Nancy A. Daniels, Public Defender, and Richard M. Bracey, III, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Pavese, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     We affirm Appellant's conviction without comment, but we reverse his

sentence and remand for resentencing because, although the trial court correctly

determined based on then-controlling appellate decisions that it was required to impose consecutive mandatory minimum terms under the 10-20-Life statute, the Florida Supreme Court subsequently quashed one of those decisions and held that consecutive sentencing is permissible but not mandatory.  See Williams v. State, 41 Fla. L. Weekly S73, S74 (Fla. Mar. 3, 2016) ("If . . . multiple firearm offenses are committed contemporaneously, during which time multiple victims are shot at, then consecutive sentencing is permissible but not mandatory.  In other words, a trial judge has discretion to order the mandatory minimum sentences to run consecutively, but may impose the sentences concurrently.") (citations omitted).

AFFIRMED in part; REVERSED and REMANDED in part.

WETHERELL, RAY, and KELSEY, JJ., CONCUR.